**CIVIL CAUSE FOR STATUS   CONFERENCE**

BEFORE JUDGE FEUERSTEIN   Date: MAY 18, 2006   TIME:11:30 AM

CV- 06-1019

TITLE:          AF, et. al.          -vs-   NORTHPORT U.F.S.D.

PLTFFS ATTY:    **E. CHRISTOPHER MURRAY**

    X present          ____ not present

    ____ present          ____ not present

    ____ present          ____ not present

DEFTS ATTY:     **JONATHAN HEIDELBERGER**

    X present          ____ not present

    ____ present          ____ not present

    ____ present          ____ not present

COURT REPORTER: MARY ANN STEIGER     COURTROOM DEPUTY: Brian Ketcham

OTHER: _____

X   CASE CALLED.          _____

____   ARGUMENT HEARD / CONT'D TO_____.

____   DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:**   PLAINTIFF'S COUNSEL DISCHARGED ON THE RECORD; MOTION TO WITHDRAW AS COUNSEL GRANTED BY THE COURT; PRO-SE PLAINTIFF GIVEN AN EXTRA 15 DAYS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS.